# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

---

MACDERMID PRINTING SOLUTIONS LLC,

    *Plaintiff-Counterclaim Defendant-Appellee*,

v.

CORTRON CORPORATION,

    *Defendant-Counterclaim Plaintiff-Appellant*.

Case No. 15-589cv

---

## STIPULATION REGARDING DEFERRED APPENDIX

Pursuant to Federal Rule of Appellate Procedure 30(c) and Local Rule 30.1(c), the parties hereby stipulate to the filing of a deferred appendix in this case.

Dated:  June 8, 2015

Respectfully submitted,

/s/ *John R. Horvack, Jr.*
John R. Horvack, Jr.
Fatima Lahnin
Carmody Torrance Sandak
   & Hennessey LLP
195 Church Street, 18th Floor
P.O. Box 1950
New Haven, CT 06509
(203) 777-5501
JHorvack@carmodylaw.com

*Counsel for MacDermid Printing
   Solutions LLC*

/s/ *John P. Elwood*
John P. Elwood
Joshua S. Johnson
VINSON & ELKINS LLP
2200 Pennsylvania Ave., NW
Suite 500 West
Washington, DC 20037
(202) 639-6500
jelwood@velaw.com

*Counsel for Cortron Corporation*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Stipulation Regarding Deferred Appendix with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system on June 8, 2015.

All counsel of record in this case are registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated:  June 8, 2015

*/s/ John P. Elwood*
John P. Elwood
*Counsel for Cortron Corporation*